
FILED
CLERK, U.S. DISTRICT COURT
SEP - 9 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. FRANCISCO JAVIER NERI, DEFENDANT(S). | CASE NUMBER CR19-00499 DOC **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __September 23, 2019_____ , _____ , at _2:00_____ ☐a.m. / ☒p.m. before the Honorable __Douglas F. McCormick_____ , in Courtroom __6B_____ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __September 9, 2019__

Douglas F. McCormick
U.S. ~~District Judge~~/Magistrate Judge